IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-306 |
| ) | |
| CONTRINA PERKINS ) | |

O R D E R

AND NOW, to wit, this 14th day of December, 2007, the within motion is granted, and it is hereby ORDERED that Indictment No. 06-306 against Contrina Perkins be and the same is hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services